2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:    ) | Case No: 16-22552-A-13J |
|    ) | DC No.: JPJ-1 |
| BOWEN DALEY RIDEOUT, ) | |
| NADINE FAY RIDEOUT, ) | |
|    ) | **ORDER AFTER HEARING ON** |
|    ) | **TRUSTEE'S OBJECTION TO** |
|    ) | **CONFIRMATION OF CHAPTER 13** |
|    ) | **PLAN** |
|    ) | |
|    ) | |
|    ) | DATE:    JULY 5, 2016 |
|    ) | TIME:    1:30 P.M. |
| Debtor(s) ) | COURTROOM: 28 |

The hearing on Trustee's Objection to Confirmation of Chapter 13 Plan was heard by the

Honorable Judge Michael S. McManus at the above stated date and time. Based on the pleadings

filed, oral argument and other evidence presented at the hearing, and good cause appearing,

///

///

///

RECEIVED
July 12, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005837569

1    IT IS HEREBY ORDERED that the Trustee's Objection to Confirmation of Chapter 13

2  Plan is sustained.  Confirmation of the plan filed on April 22, 2016 is denied.

3

4

5  Dated: July 13, 2016                    By the Court

6

7                                          Michael S. McManus
                                           United States Bankruptcy Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2