Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St #215
Santa Rosa, CA 95404
Tel: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Movant James Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Bowen Daley Rideout and Nadine Fay Rideout<br><br>Debtors | Case No.      16-22552<br>Chapter        13<br>DCN            EML-1<br>Judge:          Hon. M. McManus<br>Hearing Date: August 8, 2016, 1:30 PM<br>Location:      Ctrm 28, 501 I St, Sacramento |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE HON. M. MCMANUS, UNITED STATES BANKRUPTCY JUDGE; THE DEBTOR, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

   James Sharp, ("Movant"), by and through counsel Evan Livingstone, hereby moves the Court for an Order granting Movant relief from the automatic stay to exercise its remedies against third parties, including the Uninsured Employers Benefits Trust Fund, in the following pending administrative proceeding in a non-bankruptcy forum:

   James Sharp v. Bowen Rideout
   Case No. ADJ10365183 (Redding)
   California Dept. of Industrial Relations
   Workers Compensation Appeals Board

Debtors filed a voluntary petition under Chapter 13 on 04/22/2016. Jan P. Johnson is the appointed Chapter 13 Trustee.

Pursuant to 11 USC §362(d)(1), cause exists to grant Movant relief from stay to proceed with the non-bankruptcy action to final judgment in the non-bankruptcy forum for the following reasons:

Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtors or estate, except that Movant will retain the right to file a proof of claim under 11 USC §501 and/or adversary complaint under 11 USC §523 or §727 in this bankruptcy case.

The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in a non-bankruptcy forum.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

Modifying the automatic stay to allow Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against debtors' or debtors' estate property.

Dated: July 19, 2016                                    Respectfully Submitted,

/s/Evan Livingstone
Evan Livingstone, Attorney for Movant