Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St #215
Santa Rosa, CA 95404
Tel: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Movant James Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In Re: | ) | Case No. 16-22552 |
| --- | --- | --- |
| Bowen Daley Rideout and Nadine Fay Rideout | ) ) ) | Chapter 13 |
| | ) | DCN EML-1 |
| Debtors | ) ) | |
| | ) ) ) | Judge: Hon. M. McManus Hearing Date: August 8, 2016, 1:30 PM Location: Ctrm 28, 501 I St, Sacramento |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE DEBTOR, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

At the above date and time, James Sharp, ("Movant"), by and through counsel Evan Livingstone, will move the Court for an Order granting Movant relief from the automatic stay to exercise its remedies against third parties, including the Uninsured Employers Benefits Trust Fund, in the following pending administrative proceeding in a non-bankruptcy forum:

Because of the short time frame a written opposition does not have to be filed. However, if you do not appear at the hearing the Court may grant the relief debtor has requested

Dated: July 19, 2016         /s/Evan Livingstone
                              Evan Livingstone, Attorney for Movant

| | |
|---|---|
| 1 | Evan Livingstone, SBN 252008 |
| | ATTORNEY AT LAW |
| 2 | 740 4th St #215 |
| | Santa Rosa, CA 95404 |
| 3 | Tel: (707) 206-6570 |
| | Fax: (707) 676-9112 |
| 4 | Email: evanmlivingstone@gmail.com |
| 5 | Attorney for Movant James Sharp |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In Re: | ) | Case No. | 16-22552 |
|---|---|---|---|
| | ) | | |
| Bowen Daley Rideout and Nadine Fay Rideout | ) | Chapter | 13 |
| | ) | | |
| | ) | DCN | EML-1 |
| Debtors | ) | | |
| | ) | Judge: Hon. M. McManus | |
| | ) | Hearing Date: August 8, 2016, 1:30 PM | |
| _____ | ) | Location: Ctrm 28, 501 I St, Sacramento | |

**CERTIFICATE OF SERVICE**

I Evan Livingstone certify that in addition to the electronic notice sent by the court on filing of this notice, the attached notice of hearing on motion for relief from automatic stay and a copy of the motion for relief from automatic stay was served by first class mail to the following:

| | |
|---|---|
| Matthew R. Eason | Jan P. Johnson |
| Attorney for Debtor | Chapter 13 Trustee |
| 1819 K St #200 | PO Box 1708 |
| Sacramento, CA 95811 | Sacramento, CA 95812 |

Bowen Daley Rideout
Nadine Fay Rideout
P.O. 577
Fort Jones, CA 96032

Dated: July 18, 2016          /s/ Evan Livingstone
                              Evan Livingstone