# RELIEF FROM STAY SUMMARY SHEET

\* \* \*　INSTRUCTIONS ON FORM EDC 3-468-INST　\* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS **NOT** EVIDENCE.

**DEBTOR:** Bowen Daley Rideout and Nadine Fay Rideout　　**CASE NO.** 16-22552

**MOVANT:** James Sharp　　**DC NO.** EML-1

**HEARING DATE/TIME:** August 8, 2016, 1:30 PM

**RELIEF IS SOUGHT AS TO:**

　　( ) REAL PROPERTY　　Assessor Parcel Number (APN): _____
　　( ) PERSONAL PROPERTY　　If applicable, Vehicle Identification Number (VIN): _____
　　(✓) STATE COURT LITIGATION

1. Address OR description of property or state court action: Case No. ADJ10365183 (Redding)
   California Dept. of Industrial Relations, Workers Compensation Appeals Board

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: N/A
   OR
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____　Movant's valuation of property: $_____

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ | $ | $ | $ |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.

   _____　$_____
   _____　$_____
   _____　$_____
   　　　　　　　　　　　　**TOTAL ALL LIENS**　$_____
   　　　　　　　　　　　　**DEBTOR'S EQUITY**　$_____

6. Monthly payment is $_____, of which $_____ is for impound account. Monthly late charge is $_____.
7. The last payment by debtor was received on _____ and was applied to the payment due _____.
8. Number of payments past due and amount: (a) Pre-petition ____ $_____ (b) Post-petition ____ $_____.
9. Notice of Default was recorded on _____. Notice of sale was published on _____.
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):

    (✓) § 362(d)(1)　　( ) § 362(d)(2)　　( ) § 362(d)(3)　　( ) § 362(d)(4)
    (✓) Cause　( ) Inadequate protection　( ) Lack of equity　(✓) Lack of insurance　( ) Bad faith
    ( ) Surrendered pursuant to Statement of Intention.　( ) Report of No Distribution has been filed.
    (✓) Other　Proceed in Workers Compensation Case Against Uninsured Employers Benefits Trust Fund.

12. For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.

    Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtors or estate.

EDC 3-468 (Rev. 11/10)