```
1   Evan Livingstone, SBN 252008
    ATTORNEY AT LAW
2   740 4th St #215
    Santa Rosa, CA 95404
3   Tel: (707) 206-6570
    Fax: (707) 676-9112
4   Email: evanmlivingstone@gmail.com

5   Attorney for Movant James Sharp
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In Re: | ) | Case No. | 16-22552 |
|---|---|---|---|
| Bowen Daley Rideout and Nadine Fay Rideout | ) | Chapter | 13 |
| | ) | DCN | EML-1 |
| Debtors | ) | | |
| | ) | Judge: Hon. M. McManus | |
| | ) | Hearing Date: August 8, 2016, 1:30 PM | |
| | ) | Location: Ctrm 28, 501 I St, Sacramento | |

**CERTIFICATE OF SERVICE**

I Evan Livingstone certify that in addition to the electronic notice sent by the court on filing of this notice, the attached notice of hearing on motion for relief from automatic stay and a copy of the motion for relief from automatic stay was served by first class mail to the following:

Matthew R. Eason              Jan P. Johnson
Attorney for Debtor            Chapter 13 Trustee
1819 K St #200                 PO Box 1708
Sacramento, CA 95811           Sacramento, CA 95812


Bowen Daley Rideout
Nadine Fay Rideout
P.O. 577
Fort Jones, CA 96032

Dated: July 18, 2016                    /s/ Evan Livingstone
                                        Evan Livingstone