# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Bowen Daley Rideout and Nadine Fay Rideout | **Case No :** | 16–22552 – A – 13J |
| | | **Date :** | 05/22/2017 |
| | | **Time :** | 01:30 |
| **Matter :** | [78] – Objection to Claim of Deborah Gardiner, Claim Number 2 [ET–3] Filed by Debtor Bowen Daley Rideout, Joint Debtor Nadine Fay Rideout (jtis) | | |
| **Judge :** | Michael S. McManus | **Courtroom Deputy :** | Sarah Head |
| **Department :** | A | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

ORDER

The motion is ORDERED DISMISSED for the reasons stated in the ruling appended to the minutes.

Dated: May 24, 2017

By the Court

Michael S. McManus
United States Bankruptcy Judge