Matthew Eason - SBN: 160148
Eason & Tambornini, A Law Corporation
1234 H Street
Suite 200
Sacramento, CA 95814
Ph: 916-438-1819
E-mail: matthew@capcitylaw.com

Attorney for Bowen Daley Rideout and Nadine Fay Rideout

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BOWEN DALEY RIDEOUT<br><br>NADINE FAY RIDEOUT<br><br>                                        , debtor | Case No. 16-22552<br>DCN: ET-6<br>Chapter 13<br>Hearing Date: May 22, 2017<br>Hearing Time: 1:30pm<br>Hon. Michael McManus<br>Courtroom 28 - Dept A |

## ORDER APPROVING COMPROMISE OF CLAIM AND TO AUTHORIZE LIQUIDATION OF IRA TO FUND THE PLAN AND COMPROMISE

The motion to approve compromise of claims and to authorize liquidation of IRA to fund the plan and compromise is granted.

Dated: June 06, 2017

By the Court

Michael S. McManus
United States Bankruptcy Judge

RECEIVED
June 05, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006062553